IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

MICHAEL TODD MANNING                      PLAINTIFF

v.                        No. 3:23-cv-84-DPM

CINDY LUANN RICHARDSON, *et al.*            DEFENDANTS

### ORDER

1. Manning's application to proceed *in forma pauperis*, Doc. 1, is granted. He reports living on social security disability income.

2. The Court must screen Manning's complaint. 28 U.S.C. § 1915(e)(2). He contends that Richardson "and her group" placed a radio tracker on him without his permission. *Doc. 2 at 1.* He also says he has continually been harassed and prevented from "free thinking." *Doc. 2 at 5.* His claims are fanciful. *Denton v. Hernandez*, 504 U.S. 25, 32–33 (1992); 28 U.S.C. § 1915(e)(2)(B). The Court will therefore dismiss Manning's complaint without prejudice for failure to state a claim.

So Ordered.

                               _____
                               D.P. Marshall Jr.
                               United States District Judge

                               8 June 2023